

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. AP-76,446, AP-76,447 & AP-76,448

## EX PARTE STEPHEN MATTHEW BRODIE, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 17866, 20125, & 22003
### IN THE 6TH DISTRICT COURT FROM LAMAR COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted in three causes for failure to comply with sex offender registration requirements. He was sentenced to five years' imprisonment for two of those causes and twenty months state jail for the other.

There is new evidence which shows Applicant's actual innocence of the aggravated sexual assault of a child that required Applicant to register as a sex offender.

This Court has granted relief based on actual innocence for the aggravated sexual assault of a child. (WR-27,486-05) Therefore, Applicant should not have been required to register as a sex offender and is also actually innocent of these causes. The State and the trial court both recommend granting relief. Applicant is entitled to relief. *Ex parte Elizondo*, 947 S.W.2d 202, 209 (Tex. Crim. App. 1996).

Relief is granted. The judgments in Cause Nos. 17866, 20125, and 22003 in the Sixth Judicial District Court of Lamar County are set aside, and Applicant is remanded to the Lamar County Sheriff to answer the charges against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 10, 2010
Do Not Publish